IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  00-cv-0496-ZLW-BNB

JONATHAN T. GARRETT,

    Plaintiff,

v.

G.L. HERSHBERGER,
S.M. ROWLETT and
1 OR MORE UNKNOWN OFFICIALS AND/OR
OFFICERS AT USP-ADX FLORENCE, CO.,

    Defendants.
_____

ORDER
_____

    The matter before the Court is Defendants' Motion For Summary Judgment, filed January 20, 2005.  Pursuant to 28 U.S.C. § 636(b) and D.C.COLO.LCivR 72.1, this matter was referred to Magistrate Judge Boyd N. Boland, who recommended that Defendants' Motion For Summary Judgment filed on behalf of Defendants G.L. Hershberger and S.M. Rowlett be granted and that judgment of dismissal enter in favor of Defendants Hershberg and Rowlett and against Plaintiff.  No objections have been filed to the Recommendation.

    The Court after careful consideration, agrees with the Magistrate Judge's analysis and conclusion, and hereby accepts and adopts the Magistrate Judge's findings and Recommendation.  Therefore, it is

ORDERED that Defendants' Motion For Summary Judgment is granted. It is

FURTHER ORDERED that judgment of dismissal will be entered in favor of Defendants Hershberg and Rowlett and against Plaintiff Garrett upon resolution of the remaining unnamed Defendants.

DATED at Denver, Colorado, this  14  day of December, 2005.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court