IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 00-cv-0496-ZLW-BNB

JONATHAN T. GARRETT,

    Plaintiff,

v.

1 OR MORE UNKNOWN OFFICIALS AND/OR
OFFICERS AT USP-ADX FLORENCE, CO.,

    Defendants.

## ORDER OF DISMISSAL

    Pursuant to and in accordance with the Order To Show Cause signed on December 14 and entered on the docket December 15, 2006, it is

    ORDERED that the Complaint and cause of action are dismissed without prejudice as to "1 or More Unknown Officials and/or Officers at USP-ADX Florence, CO." for failure to prosecute. All other Defendants having been dismissed previously in this case, it is

    FURTHER ORDERED that this case is now dismissed in its entirety, and closed on the docket of this Court.

    DATED at Denver, Colorado, this   23   day of January, 2006.

                      BY THE COURT:

                      _____
                      ZITA L. WEINSHIENK, Senior Judge
                      United States District Court